IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BLEVY BUSTER GABBARD, | : |
| Plaintiff | : |
| VS. | : |
| HALL COUNTY, GEORGIA, | : CIVIL ACTION NO.: 7:06-CV-37 (HL) |
| Defendant | : |

## O R D E R

Plaintiff **BLEVY BUSTER GABBARD** has filed a motion to proceed *in forma pauperis* on appeal (Tab 12) from the Court's Order dismissing his complaint (Tab 6).

In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

**SO ORDERED**, this 26th day of September, 2006.


s/   Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE


lnb